UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. THOMAS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE SECRETARY OF THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>　　　　　　　　　　Defendant. | Case No.: 21-cv-01811-JLS-MDD<br><br>**ORDER REGARDING PLAINTIFF'S EX PARTE COMMUNICATION WITH THE COURT** |

On November 8, 2021, pro se Plaintiff Keith A. Thomas sent an *ex parte* e-mail to the Court's efile address requesting the Court's permission to electronically file documents in this case. The Court hereby directs Plaintiff to Civil Local Rule 83.9, which provides, in pertinent part, that "[e]xcept as provided by law, attorneys or parties to any action or proceeding <u>must refrain from writing letters to the judge, or otherwise communicating with the judge unless opposing counsel is present</u>." The Court further directs Plaintiff to § 2(b) of the Southern District of California's Electronic Case Filing Administrative Polices and Procedures Manual, which sets forth the proper procedure and requirements for a pro se party seeking leave to electronically file documents.

///

///

1 | Any further improper *ex parte* communications to the Court will be disregarded.

2 | **IT IS SO ORDERED.**

3 | Dated:  November 12, 2021

4 | Hon. Janis L. Sammartino
5 | United States District Judge