UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. THOMAS,<br><br>                       Plaintiff,<br><br>v.<br><br>THE SECRETARY OF THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>                       Defendant. | Case No.: 21-cv-01811-JLS-MDD<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO FILE DOCUMENTS ELECTRONICALLY**<br><br>**[ECF No. 34]** |

Presently before the Court is Plaintiff Keith A. Thomas's "Request Order to File Documents Electronically" ("Motion") (ECF No. 34). In his Motion, Plaintiff requests that the Court grant him, a pro se litigant, permission to use the CM/ECF system to electronically file documents in this case. (*Id.* at 1.) Plaintiff represents that he "meets all the necessary court requirements to file electronically" and indicates that he was granted permission to file electronically in the Central District of California before this case was transferred to this District. (*Id.*; *see also* ECF Nos. 7; 8.)

As it did in its November 12, 2021 Order (ECF No. 32), the Court directs Plaintiff to § 2(b) of the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, which sets forth the proper procedure and requirements

for a pro se party seeking leave to electronically file documents. Pursuant to § 2.b., "[a] pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." In his Motion, Plaintiff neither demonstrates that he has the means to properly file documents electronically nor certifies that he will follow this District's e-filing rules and policies.

Accordingly, for failure to comply with § 2(b) of the Electronic Case Filing Administrative Policies and Procedures Manual, the Court hereby **DENIES** Plaintiff's Motion (ECF No. 34) without prejudice.

**IT IS SO ORDERED.**

Dated: November 30, 2021

Hon. Janis L. Sammartino
United States District Judge