UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. THOMAS,<br><br>                                  Plaintiff,<br><br>v.<br><br>THE SECRETARY OF THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>                                  Defendant. | Case No.: 21-cv-01811-JLS-MDD<br><br>**ORDER VACATING MOTION HEARING AND TAKING MATTER UNDER SUBMISSION** |

Presently before the Court is Defendant's Motion to Dismiss (ECF No. 31). The Court hereby **VACATES** the Motion Hearing scheduled for December 9, 2021, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  December 2, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge