UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. THOMAS,<br><br>                           Plaintiff,<br><br>v.<br><br>THE SECRETARY OF THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>                           Defendant. | Case No.: 21-cv-01811-JLS-MDD<br><br>**ORDER GRANTING IN PART AND DENYING IN PART *EX PARTE* APPLICATION FOR CONTINUANCE**<br><br><br>**[ECF No. 38]** |

Presently before the Court is pro so Plaintiff Keith A. Thomas's *Ex Parte* Application for Continuance of Hearing on Defendant's Motion to Dismiss ("*Ex Parte* Application") (ECF No. 38). Although the Court has already vacated the December 9, 2021 hearing on Defendant's Motion to Dismiss and taken the matter under submission (ECF No. 37), Plaintiff requests that the Court grant him a "continuance" of the hearing date "because he attempted but was unable to understand . . . how to properly respond" to Defendant's motion (ECF No. 38 at 3). Plaintiff, who has not filed a written opposition to Defendant's motion, represents that he "wrongly determined that he had until the date of the hearing and would have had an opportunity to respond in person at the hearing." (*Id.* at 4.)

1
2
3
4
5      The Court is not inclined to hold oral argument on Defendant's Motion to Dismiss at this time and need not do so under the Civil Local Rules.  CivLR 7.1(d)(1) ("A judge, may in the judge's discretion, decide a motion without oral argument.").  However, to the extent Plaintiff seeks an extension of time to file a written opposition to Defendant's motion, the Court will grant him leave to do so.

6
7
8
9
10     Accordingly, Plaintiff's *Ex Parte* Application (ECF No. 38) is hereby **GRANTED in part and DENIED in part**.  Plaintiff shall have until **January 12, 2022**, to file a written opposition to Defendant's Motion to Dismiss.  Defendant shall have until **January 19, 2022**, to file any reply.  Defendant's Motion to Dismiss remains under submission and no oral argument will be held on the motion unless otherwise ordered by the Court.

11     **IT IS SO ORDERED.**

12    Dated:  December 21, 2021

13
14                                         Hon. Janis L. Sammartino
                                           United States District Judge